UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:                                              Chapter 11

ACM DEVELOPMENT LLC,                                 Case No.: 6:22-bk-00210-LVV

       Debtor.

_____/

**CERTIFICATE OF SERVICE OF NOTICE AND ORDER
SCHEDULING PRELIMINARY HEARING (DOC. 61)**

Creditor, NAVITAS CREDIT CORP., by and through its undersigned counsel, hereby certifies that the Notice and Order Scheduling Preliminary Hearing on Motion for Relief from Stay (Doc. 61) was furnished to the parties listed below in the manner indicated.

EMANUEL & ZWIEBEL, PLLC
Attorney for Creditor, Navitas Credit Corp.
7900 Peters Road
Executive Court at Jacaranda
Building B, Suite 100
Plantation, Florida 33324
(954) 424-2005 Phone
(954) 533-0138

By:   *Eric B. Zwiebel*
Eric B. Zwiebel, Esq.
Fla. Bar No. 476404
email: eric.zwiebel@emzwlaw.com

Via CM/ECF on 2/25//2022
Justin M. Luna, Esq.
Tyler James Caron, Esq.
United States Trustee - ORL
Jill E. Kelso, Office of the US Trustee
Rule 1007-2 Parties in Interest on the attached matrix designated to receive electronic notice

Via U.S. Mail on 2/25/2022
ACM Development, LLC
5623 Bowness Avenue
Ocoee, Florida 34761

Rule 1007-2 Parties in Interest on the attached matrix not designated to receive electronic notice

Label Matrix for local noticing
113A-6
Case 6:22-bk-00210-LVV
Middle District of Florida
Orlando
Wed Feb 23 08:31:49 EST 2022

ACM Development, LLC
562 Bowness Avenue
Ocoee, FL 34761-2007

Bank of the West
c/o The Rosenthal Law Firm
4767 New Broad Street
Orlando, FL 32814-6405

Caterpillar Financial Services Corporation
c/o Blake J. Delaney, Esq.
Buchanan Ingersoll & Rooney PC
401 E. Jackson St.
Suite 2400
Tampa, FL 33602-5236

Cogent Bank
c/o Bradley M. Saxton
PO Box 880
Winter Park, FL 32790-0880

Commercial Equipment Finance International,
c/o Emanuel & Zwiebel, PLLC
7900 Peters Road
Building B
Suite 100
Plantation, FL 33324-4045

Navitas Credit Corp.
c/o Emanuel & Zwiebel, PLLC
7900 Peters Road
Building B
Suite 100
Plantation, FL 33324-4045

The Huntington National Bank c/o Michael A.T
Moran Kidd Lyons Johnson Garcia, P.A.
c/o Michael A. Tessitore, Esq.
111 N. Orange Avenue, Suite 900
Orlando, FL 32801-2307

United Community Bank
c/o Michael S. Provenzale, Esq.
P.O. Box 2809
Orlando, FL 32802-2809

Adept Striping Company, Inc.
P.O. Box 565
Geneva, FL 32732-0565

BARR Credit Services, Inc.
4555 S. Palo Verde Rd.
Suite 125
Tucson, AZ 85714-1959

Bank of the West
1625 W Fountainhead Pkwy
AZ-FTN-10C-A
Tempe, AZ 85282-2371

Bank of the West
c/o Jason A. Rosenthal
The Rosenthal Law Firm, P.A.
4767 New Broad Street
Orlando, FL 32814-6405

Brown Law Firm, PL
Attn:  Matthew Brown, Esq.
1540 Internastional Parkway
Suite 2000
Lake Mary, FL 32746-5096

C T Corporation System
as Representative
330 N Brand Blvd, Ste 700
Glendale, CA 91203-2336

C T Corporation Sytem
330 N Brand Blvd.
Suite 700
Glendale, CA 91203-2336

CHRYSLER CAPITAL
P.O. BOX 961275
FORT WORTH, TX 76161-0275

Caterpillar Financial Services C
2120 West End Ave.
Nashville, TN 37203-5341

Channel Partners Equipment
Finance, LLC
11100 Wayzata Blvd. #305
Hopkins, MN 55305-5537

Christopher Trinidad
501 N. Magnolia Ave.
Orlando, FL 32801-1364

Cogent Bank
113 Saxon Blvd.
Orange City, FL 32763

Cogent Bank
c/o Ryan E. Davis, Esq.
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Commercial Equipment Finance
International, LLC
2525 Ponce de Leon Blvd.
Suite 300
Coral Gables, FL 33134-6044

Commercial Equipment Finance International,
c/o Emanuael & Zwiebel, PLLC
7900 Peters Road
Building B, Suite 100
Plantation, Florida 33324-4045

Discount Tire
4555 South Palo Verde Road
Suite 125
4555 South Palo Verde Road, Suite 125
TUCSON, AZ 85714-1959

Discount Tire Company
20225 N.  Scottsdale Rd.
Scottsdale, AZ 85255-6456

Dobbs Equipment, LLC
2570 S. Falkenburg Rd.
Riverview, FL 33578

Dobbs Equipment, LLC
29592 Network Place
Chicago, IL 60673-1295

Dobbs Equipment, LLC
c/o Thompson Commercial Law Group
615 W. DeLeon Street
Tampa, FL 33606

Empirical Retail, LLC
849 Oakland Park Blvd.
Winter Garden, FL 34787-3040

| | | |
|---|---|---|
| Eric R. Mynhier<br>938 Tilden Oaks Trail<br>Winter Garden, FL 34787-3480 | Euphoria Retail, LLC<br>938 Tilden Oaks Trail<br>Winter Garden, FL 34787-3480 | FEL-Orlando Waterworks #126<br>P.O. Box 100286<br>Atlanta, GA 30384-0286 |
| FERGUSON ENTERPRISES, LLC<br>200 S Biscayne Blvd #1650<br>Miami, FL 33131-2378 | Ferguson Waterworks<br>801 Thorpe Road<br>Orlando, FL 32824-8016 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| HercRentals<br>27500 Riverview Center Blvd.<br>Suite 100<br>Bonita Springs, FL 34134-4328 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Ironshield Paving, LLC<br>938 Tilden Oaks Trail<br>Winter Garden, FL 34787-3480 |
| John Deere Construction &<br>Forestry Company<br>6400 NW 86th Street<br>P.O. Box 6630<br>Johnston, IA 50131-6630 | John Deere Financial<br>6400 NW 86th Ave.<br>P.O. Box 6630<br>Johnston, IA 50131-6630 | Kingdom Properties Investments<br>562 Bowness Ave.<br>Ocoee, FL 34761-2007 |
| Kingdom Property Investments, LL<br>562 Bowness Ave.<br>Ocoee, FL 34761-2007 | (p)LIBERTAS FUNDING LLC<br>411 WEST PUTNAM ST<br>SUITE 220<br>GREENWICH CT 06830-6295 | Lolypalooza Enterprises, LLC<br>Winter Garden, FL 34787 |
| Lucid Tech, LLC<br>938 Tilden Oaks Trail<br>Winter Garden, FL 34787-3480 | Marlin Capital Solutions, LLC<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1201 | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1727 |
| Miller Bros Giant Tire Service Orlando Inc<br>Norma Jamison<br>10340 Campmine Rd<br>Brooksville Fl 34601-8603 | Miller Bros. Giant Tire Service<br>10340 Camp Mine Rd.<br>Brooksville, FL 34601-8603 | Miller Bros. Giant Tire Service<br>P.O. Box 12012<br>Brooksville, FL 34603-2012 |
| National Trench Safety Mikedon<br>P.O. Box 750963<br>Houston, TX 77275-0963 | (p)NAVITAS CREDIT CORP<br>ATTN JOYCE MCKULKA<br>201 EXECUTIVE CENTER DR SUITE 100<br>COLUMBIA SC 29210-8410 | Navitas Credit Corp.<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, Florida 33324-4045 |
| Nineteen Seventy Four, LLC<br>938 Tilden Oaks Trail<br>Winter Garden, FL 34787-3480 | Nortrax, Inc.<br>4042 Park Oaks Blvd.<br>Suite 200<br>Tampa, FL 33610-9538 | Omega Enterprises, LLC<br>938 Tilden Oaks Trail<br>Winter Garden, FL 34787-3480 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | RAD Retail, LLC<br>938 Tilden Oaks Trail<br>Winter Garden, FL 34787-3480 | Ring Power<br>P.O. Box 935004<br>Atlanta, GA 31193-5004 |

```
Ring Power Corporation              Robert Klasfeld                    Russell and Sons, Inc.
500 World Commerce Parkway          200 S Biscayne Blvd #1650          d/b/a Orion Waste Solutions
Saint Augustine, FL 32092-3788      Miami, FL 33131-2378              12600 Automobile Blvd.
                                                                      Clearwater, FL 33762-4717


Seaside National Bank & Trust       Star Capital Gropu, L.P.          Sun FL Enterprises, LLC
201 S. Orange Ave.                  650 Park Avenue                   849 Oakland Park Blvd.
Suite 1350                          Suite 210                         Winter Garden, FL 34787-3040
Orlando, FL 32801-3417              King of Prussia, PA 19406-1434


TCF Equipment Finance               TCF National Bank                 The Huntington National Bank
11000 Wayzata Blvd.                 11100 Wayzata Blvd.               11100 Wayzata Blvd.
Suite 801                           Suite 801                         Suite 801
Minnetonka, MN 55305                Minnetonka, MN 55305-5503         Minnetonka, MN 55305-5503


The Huntington National Bank        The Huntington National Bank      The Huntington National Bank
1405 Xanium Lane N                  1405 Xenium Lane North            c/o Michael A. Tessitore, Esq.
PCC180)                             PCC180                            Moran Kidd Lyons Johnson Garcia, P.A.
Plymouth, MN 55441-4408             Plymouth, MN 55441-4408           111 N. Orange Avenue, Suite 900
                                                                      Orlando, FL 32801-2307


The Reinalt-Thomas Corporation      The Reinalt-Thomas Corporation    Trinidad Trucking, Inc.
P.O. Box 842349                     d/b/a Discount Tire               501 N. Magnolia Ave.
Los Angeles, CA 90084-2349          20225 N. Scottsdale Rd.           Orlando, FL 32801-1364
                                    Dept. 50005
                                    Scottsdale, AZ 85255-6456


Trujillo Trucking, Inc.             United States Trustee - ORL       Vortex Retail, LLC
1900 Binnacle St.                   Office of the United States Trustee  938 Tilden Oaks Trail
Kissimmee, FL 34744-5925            George C Young Federal Building   Winter Garden, FL 34787-3480
                                    400 West Washington Street, Suite 1100
                                    Orlando, FL 32801-2210


Wells Fargo Bank, N.A.              Wells Fargo Bank, N.A.            Wells Fargo Bank, N.A.
800 Walnut Street                   800 Walnut Street                ATTN: Jason Harkness
F0005-004                           F0005-044                        800 Walnut Street MAC F0005-055
Des Moines, IA 50309-3605           Des Moines, IA 50309-3605        Des Moines, IA 50309-3891


Wells Fargo Vendor Financial Services, LLC   John Cullen             Justin M Luna
ATTN: Jason Harkness                Duerr & Cullen, CPAs, P.A.       Latham, Luna, Eden & Beaudine, LLP
1010 Thomas Edison Blvd. SW         1304 N Maitland Ave.             201 S. Orange Ave., Suite 1400
Cedar Rapids, IA 52404-8247         Maitland, FL 32751-4307          Orlando, FL 32801-3483


Tyler James Caron
Thompson Commercial Law Group
615 W. De Leon Street
Tampa, FL 33606-2736
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Libertas Funding, LLC
411 West Putnma Ave.
Suite 220
Greenwich, CT 06380

Navitas Credit Corp.
201 Executive Center Dr.
Suite 100
Columbia, SC 29210


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Caterpillar Financial Services Corporation
c/o Blake J. Delaney, Esq.
Buchanan Ingersoll & Rooney PC
401 E. Jackson St., Suite 2400
Tampa, FL 33602-5236

(d)Cogent Bank
c/o Bradley M. Saxton
PO Box 880
Winter Park, FL 32790-0880

(d)UNITED COMMUNITY BANK
C/O MICHAEL S PROVENZALE ESQ
P.O. BOX 2809
ORLANDO FL 32802-2809


End of Label Matrix
Mailable recipients    84
Bypassed recipients     3
Total                  87