Fill in this information to identify the case:

Debtor name    **ACM Development, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:22-bk-00210-LVV**

■ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 23, 2022**    X _____
     Signature of individual signing on behalf of debtor

     **Eric R. Mynhier**
     Printed name

     **Manager**
     Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   **ACM Development, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:22-bk-00210-LVV**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from *Schedule A/B*............................................................................................................   $        0.00

    1b. Total personal property:
    Copy line 91A from *Schedule A/B*.........................................................................................................   $    6,662,739.03

    1c. Total of all property:
    Copy line 92 from *Schedule A/B*...........................................................................................................   $    6,662,739.03

Part 2:   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    10,735,788.04

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $        0.00

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................   +$    3,511,840.79

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b   $    14,247,628.83

Debtor name     **ACM Development, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:22-bk-00210-LVV**

■ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*
      Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account
                                                                          number

| | | | | |
|---|---|---|---|---|
| 3.1. | **Cogent Bank - Operating** | **Checking Account - Operating** | 3756 | $2,836.00 |
| 3.2. | **Cogent - Payroll** | **Checking Account - Payroll** | 4283 | $8.00 |
| 3.3. | **Seaside Bank Account (merged with United Community Bank) - checking** | **Payroll Account** | 1645 | $48,309.25 |
| 3.4. | **Seaside Bank (mergeed with United Community Bank)** | **Payroll Checking** | 1989 | $192,791.42 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$243,944.67

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:

| 4,278,895.87 | - | 0.00 | = .... | $4,278,895.87 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$4,278,895.87

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Various office furniture, see attached itemized list** | $0.00 | Liquidation | $1,320.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Various electronic equipment, see attached itemlized list** | $0.00 | Liquidation | $4,500.00 |
| **Computer software - see attached itemized list** | $0.00 | Liquidation | $75.00 |

| | | |
|---|---|---|
| **1 HP Designjet 1600** | $0.00 | $1,337.35 |
| **1 Managedd MGP E77825 dn HP Copier, Serial #CNC1M4Q0FM** | $0.00 | $1,140.70 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86. | **$8,373.05** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **23 Automotive Trucks - see attached detail** | $0.00 | Liquidation | $883,435.47 |
| 47.2.   **2018 Dodge RAM 3500 Chassis, VIN #3C7WRTCL7JG136617** | $0.00 | | $35,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Various construction equipment, see attached itemized list** | $0.00 | Liquidation | $1,213,089.97 |
|---|---|---|---|

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87. | **$2,131,525.44** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **562 Bowness Avenue, Ocoee, FL 34761** | Tenant | $0.00 | Tax records | $0.00 |

56.  **Total of Part 9.**                                                                                   $0.00

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.  **Notes receivable**
     Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **Employee Retention Tax Credit (2021)**                           **Unknown**

78. **Total of Part 11.**                                         **$0.00**

     Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $243,944.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,278,895.87 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,373.05 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,131,525.44 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,662,739.03 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,662,739.03 |

■ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ACF Environmental**<br>P.O. Box 758763<br>Baltimore, MD 21275<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $397.51 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Action Rentals, LLC**<br>2704 Jetport Dr.<br>Orlando, FL 32827<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,731.98 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Adept Striping Company, Inc.**<br>P.O. Box 565<br>Geneva, FL 32732<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number **1202** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services performed**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $74,473.83 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Albright Striping & Signage LLC**<br>2631 Alabaster Ave.<br>Orlando, FL 32833<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,420.00 |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154,214.64 |
|---|---|---|---|

**Allied Trucking of Central FL LL**
10761 Northwest 89th AVe.
Hialeah, FL 33018

Date(s) debt was incurred **various**

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,756.95 |
|---|---|---|---|

**Allied Trucking of Florida Inc.**
10741-10761 NW 89th Ave.
Hialeah, FL 33018

Date(s) debt was incurred **various**

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,787.50 |
|---|---|---|---|

**Atlantic Pipe Services LLC**
1420 Martin Luther King Jr Blvd
Sanford, FL 32771

Date(s) debt was incurred **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213,728.65 |
|---|---|---|---|

**BCB AGG Crown Eagle Financial**
8508 CR 727
Center Hill, FL 33514

Date(s) debt was incurred **various**

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,615.33 |
|---|---|---|---|

**Bob's Barricades, Inc.**
921 Shotgun Rd.
Sunrise, FL 33326

Date(s) debt was incurred **various**

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Calvin Washington**
c/o Jason Tenenbaum, Esq.
1600 Ponce de Leon Blvd.
10th Floor
Miami, FL 33134

Date(s) debt was incurred **2/9/2021**

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Potential Disability Discrimination Claim**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,686.85 |
|---|---|---|---|

**Central Florida Silt Fence, LLC**
3454 Imperial Ave.
Saint Cloud, FL 34772

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction project**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393.94 |

**Coastal Waste & Recycling, Inc.**
2481 NW 2nd Ave.
Ste. 200
Boca Raton, FL 33431

Date(s) debt was incurred **various**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $880,621.62 |

**Core & Main, LP**
1830 Craig Park Court
Saint Louis, MO 63146

Date(s) debt was incurred **various**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Construction supplies**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,891.24 |

**County Materials Corp.**
P.O. Box 100
Marathon, WI 54448

Date(s) debt was incurred **various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,030.00 |

**Dean Construction Group Inc.**
35642 Cypress Court
Leesburg, FL 34788

Date(s) debt was incurred **various**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,010.09 |

**Dixie Lime and Stone Company**
2441 E. Fort King Street
Suite 201
Ocala, FL 34471

Date(s) debt was incurred **various**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,333.54 |

**Dobbs Equipment, LLC**
29592 Network Place
Chicago, IL 60673-1295

Date(s) debt was incurred **various**

Last 4 digits of account number **7845**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dobbs Equipment, LLC**
29592 Network Place
Chicago, IL 60673-1295

Date(s) debt was incurred **2/15/2018**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Equipment Rental**

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,920.30** |
|---|---|---|---|

**Empire Pipe & Supply Company Inc**
2301 Alton Rd.
Birmingham, AL 35210

Date(s) debt was incurred **various**
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,774.84** |
|---|---|---|---|

**Ferguson Waterworks**
801 Thorpe Road
Orlando, FL 32824-8016

Date(s) debt was incurred **various**
Last 4 digits of account number **7162**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **Plumbing supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,150.00** |
|---|---|---|---|

**Flash-Rite, Inc.**
115 Atlantic Dr.
Maitland, FL 32751

Date(s) debt was incurred **various**
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,863.27** |
|---|---|---|---|

**HercRentals**
27500 Riverview Center Blvd.
Suite 100
Bonita Springs, FL 34134

Date(s) debt was incurred **various**
Last 4 digits of account number **2491**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,703.28** |
|---|---|---|---|

**Holland Pump Company**
7312 Westport Place
West Palm Beach, FL 33413

Date(s) debt was incurred **various**
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,606.96** |
|---|---|---|---|

**I R Industries, Inc**
512 18th St.
Orlando, FL 32805

Date(s) debt was incurred **various**
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,993.12** |
|---|---|---|---|

**J&M Paving, Inc**
3505 Willow Rd.
Wimauma, FL 33598

Date(s) debt was incurred **various**
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.26** | | |

**Nonpriority creditor's name and mailing address**
**Johns Tractor Services, Inc.**
**19848 Robertson St.**
**Orlando, FL 32833**

Date(s) debt was incurred **various**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,912.50**

---

| | | |
|---|---|---|
| **3.27** | | |

**Nonpriority creditor's name and mailing address**
**JR's Equipment Repairs**
**3165 Harvest Lane**
**Kissimmee, FL 34744**

Date(s) debt was incurred **various**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,211.22**

---

| | | |
|---|---|---|
| **3.28** | | |

**Nonpriority creditor's name and mailing address**
**Koncept Carma, Inc.**
**4445 Edgewater Dr.**
**Orlando, FL 32804**

Date(s) debt was incurred **various**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$36,692.50**

---

| | | |
|---|---|---|
| **3.29** | | |

**Nonpriority creditor's name and mailing address**
**MAC Industries**
**23902 CR 561**
**Astatula, FL 34705**

Date(s) debt was incurred **various**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$126,179.83**

---

| | | |
|---|---|---|
| **3.30** | | |

**Nonpriority creditor's name and mailing address**
**MAC Tapping, Inc**
**P.O. Box 568912**
**Orlando, FL 32856**

Date(s) debt was incurred **various**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,425.00**

---

| | | |
|---|---|---|
| **3.31** | | |

**Nonpriority creditor's name and mailing address**
**Miller Bros. Giant Tire Service**
**P.O. Box 12012**
**Brooksville, FL 34603**

Date(s) debt was incurred **various**

Last 4 digits of account number **2180**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods or Services**

Is the claim subject to offset? ■ No ☐ Yes

**$10,606.98**

---

| | | |
|---|---|---|
| **3.32** | | |

**Nonpriority creditor's name and mailing address**
**National Trench Safety Mikedon**
**P.O. Box 750963**
**Houston, TX 77275-0963**

Date(s) debt was incurred **various**

Last 4 digits of account number **7913**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$282,910.19**

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,162.11 |
|---|---|---|---|

**Newman Tractor, LLC**
2841 Verona Rd.
Sarasota, FL 34242

Date(s) debt was incurred **various**
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,531.69 |
|---|---|---|---|

**Orlando Paving Company**
P.O. Box 547186
Orlando, FL 32854

Date(s) debt was incurred **various**
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,122.25 |
|---|---|---|---|

**Pace Concrete, Inc.**
25623 CR 561
Astatula, FL 34705

Date(s) debt was incurred **various**
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction materials**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,457.30 |
|---|---|---|---|

**Paverscape, Inc.**
2914 Dean Ridge Rd.
Orlando, FL 32825

Date(s) debt was incurred **various**
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,252.62 |
|---|---|---|---|

**Q.G.S. Development, Inc.**
1450 South Park Rd.
Plant City, FL 33566

Date(s) debt was incurred **various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,038.16 |
|---|---|---|---|

**Ram Tool & Supply Co, Inc.**
P.O. Box 320979
Birmingham, AL 35222

Date(s) debt was incurred **various**
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,347.74 |
|---|---|---|---|

**Ring Power**
P.O. Box 935004
Atlanta, GA 31193-5004

Date(s) debt was incurred **various**
Last 4 digits of account number **8442**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Good or Services**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,892.83 |
|---|---|---|---|

**Russell and Sons, Inc.**
**d/b/a Orion Waste Solutions**
**12600 Automobile Blvd.**
**Clearwater, FL 33762**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Goods or Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $499,999.00 |
|---|---|---|---|

**Small Business Administratio**
**N Florida District Office**
**7825 Baymeadows Way**
**Jacksonville, FL 32256**

Date(s) debt was incurred  **1/10/2022**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **EIDL Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,080.00 |
|---|---|---|---|

**Southern Painting & Blasting LLC**
**175 Anchor Rd.**
**Casselberry, FL 32707**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,124.00 |
|---|---|---|---|

**Southern Sod, Inc.**
**34499 US Hwy 27 S**
**Haines City, FL 33844**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,200.00 |
|---|---|---|---|

**Statewide Electric, Inc.**
**217 W 4th St.**
**Altamonte Springs, FL 32701**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,193.64 |
|---|---|---|---|

**Sunbelt, LLC**
**2015 Director's Row**
**Orlando, FL 32809**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,242.35 |
|---|---|---|---|

**The Reinalt-Thomas Corporation**
**d/b/a Discount Tire**
**20225 N. Scottsdale Rd.**
**Dept. 50005**
**Scottsdale, AZ 85255**

Date(s) debt was incurred  **various**

Last 4 digits of account number  **9073**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Goods or Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,678.02 |
|---|---|---|---|

**UnitedHealthcare Insurance Co
of America
185 Asylum Street
City Place, 4th Floor
Hartford, CT 06103**

Date(s) debt was incurred  **12/29/2021, 1/13/2022**

Last 4 digits of account number  **4631,4632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Health Care Insurance Premiums**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,475.42 |
|---|---|---|---|

**Weaver Logistics, Inc.
P.O. Box 39
Sumterville, FL 33585**

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brown Law Firm, PL**<br>Attn: Matthew Brown, Esq.<br>1540 Internastional Parkway<br>**Suite 2000**<br>Lake Mary, FL 32746 | Line **3.3**<br><br>☐ Not listed. Explain ____ | **1202** |
| 4.2 | **Core & Main Intermediate GP LLC**<br>1830 Craig Park Courtq<br>Saint Louis, MO 63146 | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **FEL-Orlando Waterworks #126**<br>P.O. Box 100286<br>Atlanta, GA 30384-0286 | Line **3.20**<br><br>☐ Not listed. Explain ____ | **7162** |
| 4.4 | **Miller Bros. Giant Tire Service**<br>10340 Camp Mine Rd.<br>Brooksville, FL 34601 | Line **3.31**<br><br>☐ Not listed. Explain ____ | **2180** |
| 4.5 | **The Reinalt-Thomas Corporation**<br>P.O. Box 842349<br>Los Angeles, CA 90084-2349 | Line **3.46**<br><br>☐ Not listed. Explain ____ | **9073** |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,511,840.79 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,511,840.79 |



| ASSET/EQUPMENT DESCRIPTION | VIN/SERIAL NUMBER | MILEAGE | VALUE |
|---|---|---|---|
| 2019 Ram 2500 SLT Crew Cab 4WD SWB | 3C6UR5DJ9KG708891 | 92,306 | $28,859.70 |
| 2019 Ram 1500 DS Tradesman Crew Cab 4WD SWB | 1C6RR7ST8KS740035 | 34,521 | $21,643.25 |
| 2019 Ram 2500 Tradesman Crew Cab 4WD SWB | 3C6UR5CJ1KG685608 | 76,993 | $22,581.40 |
| 2019 Ram 2500 Tradesman Crew Cab 4WD SWB | 3C6UR5CJXKG685607 | 58,495 | $22,581.40 |
| 2019 GMC Sierra 1500 AT4 Crew Cab 4WD LWB | 2GD22NEG6K1158822 | 35,648 | $29,244.95 |
| 2019 Ram 2500 Tradesman Crew Cab 4WD SWB | 3C6UR5CJ6KG591207 | 63,750 | $23,699.77 |
| 2020 Chevrolet Silverado 1500 RST Crew Cab 4WD LWB | 1GCUYEED5LZ167392 | 56,830 | $53,715.09 |
| 2020 Chevrolet Silverado 2500 W/T Crew Cab 4WD SWB | 1GC4YLE76LF137043 | 59,732 | $34,002.83 |
| 2020 Chevrolet Silverado 1500 W/T Crew Cab 4WD LWB | 3GCUYAEF4LG260768 | 47,048 | $29,640.17 |
| 2020 Ram 2500 Laramie Longhorn Crew Cab 4WD SWB | 3C6UR5DL2LG234804 | 30,986 | $49,881.93 |
| 2020 Chevrolet Silverado 2500 W/T Crew Cab 4WD SWB | 1GC4YME71LF348334 | 33,076 | $36,490.71 |
| 2020 Chevrolet Silverado 3500 W/T Crew Cab 4WD LWB DRW | 1GB4YSEY9LF298302 | 29,483 | $41,550.19 |
| 2021 Chevrolet Silverado 2500 W/T Crew Cab 4WD SWB | 1GC4YLE77MF149090 | 41,483 | $33,474.84 |
| 2021 Chevrolet Silverado 2500 W/T Crew Cab 4WD SWB | 1GC4YLE79MF149110 | 35,144 | $33,474.84 |
| 2021 Chevrolet Silverado 2500 W/T Crew Cab 4WD SWB | 1GC4YME70MF188125 | 39,228 | $40,157.27 |
| 2021 Ford F250SD Limited Crew Cab 4WD SWB | 1FT8W2BT3MEC43928 | 31,444 | $88,261.92 |
| 2020 Chevrolet Silverado 1500 W/T Crew Cab 2WD LWB | 1GB4WLE76LF303751 | 37,858 | $39,644.55 |
| 2021 Ford F150 XL Supercrew 4WD SWB | 1FTFW1E51MFA29108 | 20,720 | $38,411.43 |
| 2021 Chevrolet  Silverado 1500 W/T Dbl Cab 4WD | 1GC5YLE7XMF252380 | 10,225 | $35,477.17 |
| 2021 Ford F250SD XL Crew Cab 4WD SWB | 1FT7W2B60MEE12616 | 17,913 | $42,941.72 |
| 2021 Ford F250SD XL Crew Cab 4WD SWB | 1FT7W2B64MEE04101 | 23,622 | $42,998.10 |
| 2021 Ram 1500 Laramie Longhorn Crew Cab 4WD SWB | 1C6SRFJT1MN806262 | 13,458 | $52,993.63 |
| 2021 Ford F250SD XL Crew Cab 4WD SWB | 1FT7W2B60MEE12602 | 23,373 | $41,708.61 |
| | | | $883,435.47 |

| Type | Serial # | Financed | Amount | Payoff | Estimated Value |
|---|---|---|---|---|---|
| 2017 HYDRAULIC EXCAVATOR 245G W/48"HD Bu | VIN:1FF245GXEGF80004 | CEFI | $ 3,633.00 | $ 55,855.67 | $13,963.92 |
| 2020 BOMAG BW211D-5 DRUM ROLLER | SN101586081892 | BOTW | $ 1,844.58 | $ 105,263.73 | $26,315.93 |
| 2020 BOMAG BW11RH-5 ROLLER | SN101538761045 | BOTW | $ 1,295.04 | $ 73,903.72 | $18,475.93 |
| 2019 BOMAG BW11RH-5 ROLLER | SN101538761048 | BOTW | $ 990.32 | $ 56,514.22 | $14,128.56 |
| 2021 WHEEL LOADER 544L | 1DW544LZCMF709424 | JD | $ 3,369.39 | $ 173,316.48 | $43,329.12 |
| 2021 CRAWLER DOZER 700L | 1T0700LXCMF392806 | JD | $ 3,122.62 | $ 160,622.37 | $41,155.59 |
| 2019 Hydraulic Excavator 336-07 | DKS00651 | CAT | $ 6,460.71 | $ 227,699.36 | $56,917.34 |
| 2020 TRACTOR D6K2LGP | EL703369 | CAT | $ 5,586.94 | $ 211,217.95 | $52,804.49 |
| 2019 4WD Loader 644L | 1DW644LZTLL707168 | JD | $ 4,877.00 | $ 250,873.67 | $57,844.73 |
| 2010 Int'l 4300 Water Truck | 1HTMMAAN8AH280875 | StarCap | $ 1,591.20 | $ 19,094.40 | $4,773.60 |
| 2019 4WD Loader 644K | 1DW644KZEKF700684 | JD | $ 4,412.00 | $ 231,378.90 | $62,718.42 |
| 2019 CAT D5K2LGP Tractor | KY207388 | CAT | $ 7,431.06 | $ 268,921.48 | $67,230.37 |
| 2019 Small Wheel Loader 926M LTE | LTE06975 |  |  |  |  |
| 2020 544 Loader/John Deere-Coupler,Bucket,Forks,Rake | 1DW544LZELF708554 | CEFI | $ 3,201.52 | $ 52,175.12 | $13,943.78 |
| Catepillar MD#120M2 Motor Grader | M9C00512 | UCBI | $ 3,793.88 | $ 110,250.03 | $27,562.50 |
| HYDRAULIC EXCAVATOR 336-07-year 2020 | YBN10645 | CAT | $ 7,117.61 | $ 106,764.15 | $26,691.04 |
| 2021 CAT Model# 259D3 | CW909746 | CAT | $ 1,228.95 | $ 69,096.17 | $12,489.24 |
| 2016 259D-FTL10596, Trailer-HL 160999 | 4KNTT1626HL160999 | CAT | $ 1,332.77 | $ 795.92 | $200.00 |
| 2019 JD 50G Excavator | VIN:1FF050GXJKH29080 | Navitas | $ 3,657.90 | $ 163,455.39 | $40,863.85 |
| 2019 JD 85G Excavator | VIN:1FF085GXLJJ020239 |  |  |  |  |
| 2018 BOMAG BW211D-5 ROLLER | 101586081313 |  |  |  |  |
| 2017 lengemann Topcon W/Rover S/N 122-20286; Base S/N 1059-14182 ; Monito | S/N 1372-12886; | CEFI | $ 1,645.47 | $ 14,302.88 | $3,575.72 |
| 2021 TRIMBLE BASE (4) | SPS855 | WF | $ 3,315.43 | $ 106,093.76 | $26,523.44 |
| 2021 TRIMBLE ROVER | SPS986 |  |  |  |  |
| 2021 TRIMBLE ROBOTIC | SPS930 |  |  |  |  |
| 2021 TRIMBLE DATA COLLECTOR (1) | TSC7 |  |  |  |  |
| 2020 Leeboy Paver 8510E | 266350 | TCF | $ 3,383.49 | $ 97,832.53 | $24,458.13 |
| 2018 Bomag BE177D-5 Roller W/360MO/3000HR PT | 101586491441 | CEFI | $ 1,809.48 | $ 29,271.15 | $7,317.79 |
| 2017-700K JD Dozer Incl. Topcon Base AN | SN1T0700KXPHF310860 | CEFI | $ 3,980.00 | $ 85,809.41 | $21,452.35 |
| 2020 Kenworth-W900 | VIN:1XKWP4TX4LR214 | Navitas | $ 3,071.50 | $ 140,820.96 | $35,205.24 |
| 2021 Fontaine Magnitude 55H Trailer | VIN:57JE53303M3578071 | Navitas | $ 1,791.96 | $ 79,518.53 | $19,879.63 |

| Type | Serial # | Financed | Amount | Payoff | Estimated Value |
|------|----------|----------|--------|--------|-----------------|
| 2018 JD 50G Excavator W/24" Bucket W/60MO/3000H | 1FF050GXPHH286655 | CEFI | $ 1,241.48 | $ 20,083.11 | $5,020.78 |
| Hydraulic Excavator 336-07 | YBN10474 | CAT | $ 280,000.00 | $ 280,000.00 | $26,691.04 |
| 926M | W5L01021 | CAT | $ 140,000.00 | $ 140,000.00 | $35,000.00 |
| 938M | J3R07983 | CAT | $ 250,000.00 | $ 250,000.00 | $62,500.00 |
| 259D | FTL22425 | CAT | $ 40,000.00 | $ 40,000.00 | $10,000.00 |
| 336-07 | DKS02011 | CAT | $ 280,000.00 | $ 280,000.00 | $70,000.00 |
| LAYMOR BROOM TRACTOR | 40387 | CAT | $ 10,000.00 | $ 10,000.00 | $2,500.00 |
| LAYMOR BROOM TRACTOR | 40386 | CAT | $ 10,000.00 | $ 10,000.00 | $2,500.00 |
| LAYMOR BROOM TRACTOR | 40383 | CAT | $ 10,000.00 | $ 10,000.00 | $2,500.00 |
| LAYMOR BROOM TRACTOR | 40382 | CAT | $ 10,000.00 | $ 10,000.00 | $2,500.00 |
| HYREMA WATER WAGON 2500 GALLON | 13836 | CAT | $ 280,000.00 | $ 280,000.00 | $70,000.00 |
| 2016 930M Wheeloader | KTG00736 | CAT | $ 2,768.85 | $ 67,940.94 | $16,976.24 |
| 2015 JD 650K Dozer | 1T0650KXKFF283090 | TCF | $ 1,962.64 | $ 21,609.83 | $5,402.46 |
| Hydraulic Excavator 325FLCR-2020 | NDJ21339 | CAT | $ 4,053.10 | $ 28,371.70 | $7,092.83 |
| CAT Skid Steer 259D | FTL10596 | CAT | $ 1,332.77 | $ 685.51 | $171.38 |
| 2004 TEREX RS325B SOIL STABILIZER | T10757/560156 | FF | $ 5,599.89 | | $18,199.64 |
| 2020 Weiler Paver | P385B | TCF | $ 4,550.20 | $ 207,193.16 | $51,798.29 |
| 926M Wheelloader-2020 | LTE07641 | CAT | $ 140,000.00 | $ 140,000.00 | $1,778.81 |
| 926M Wheelloader-2020 | LTE07640 | CAT | $ 140,000.00 | $ 140,000.00 | $35,000.00 |
| 2019 259D3 Compact Track Loader | CW901654 | CAT | $ 1,154.05 | $ 49,956.96 | $17,274.04 |
| Walker Miller Pumps & Concrete Mixer | VARIOUS | Marlin | $ 2,900.00 | $ 15,395.00 | $3,848.75 |
| 2021 Massey Ferguson WT-WL | JM73207 | CAT | $ 2,200.00 | $ 76,875.00 | $19,218.75 |
| 2020 Catepillar MD#CB24B | 02X402341 | CAT | $ 2,029.00 | $ 44,500.00 | $11,125.00 |
| 2019 Catepillar 257D L2 | 0EZW02994 | CAT | $ 2,165.00 | $ 64,685.00 | $16,171.25 |
| | | | $ 1,705,900.80 | $ 5,078,144.16 | $1,213,089.97 |

Debtor name  **ACM Development, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:22-bk-00210-LVV**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement dated 11/3/2021 | |
|---|---|---|---|
| | State the term remaining | N/A | ARCO Murray Construction Company 5840 W Cypress St. Suite B Tampa, FL 33607 |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | ARCO Murray Construction Company 5840 W Cypress St. Suite B Tampa, FL 33607 |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | CBG Florida Builders, LLC 2120 SEcond Ave. Tampa, FL 33621 |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | Garrett Construction 1051 Greenwood Springs Blvd. Suite 100 Greenwood, IN 46143 |
| | List the contract number of any government contract | | |


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 7/29/2021** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Kelsey Construction, Inc.** |
| | List the contract number of any government contract | | **306 E. Princeton St.** **Orlando, FL 32804** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Real Property** | |
|---|---|---|---|
| | State the term remaining | **51 months** | **Kingdom Properties Investments, LLC** |
| | List the contract number of any government contract | | **562 Bowness Ave.** **Ocoee, FL 34761** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 5/5/2021** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Landsouth Construction, LLC** **4233 Pablo Professional Court** |
| | List the contract number of any government contract | | **Suite 101** **Jacksonville, FL 32224** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 7/24/2020** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Marcobay Construction, Inc.** |
| | List the contract number of any government contract | | **4025 S. Pipkin Road** **Lakeland, FL 33811** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 2/3/2021** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Marcobay Construction, Inc.** |
| | List the contract number of any government contract | | **4025 S. Pipkin Road** **Lakeland, FL 33811** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 12/8/2021** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Summit Contracting Group, Inc.** **7595 Baymeadows Way** **Suite 100** |
| | List the contract number of any | | **Jacksonville, FL 32256** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 7/7/2020** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Summit Contracting Group, Inc.** |
| | List the contract number of any government contract | | **7595 Baymeadows Way** **Suite 100** **Jacksonville, FL 32256** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 11/10/2020** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Summit Contracting Group, Inc.** |
| | List the contract number of any government contract | | **7595 Baymeadows Way** **Suite 100** **Jacksonville, FL 32256** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 3/4/2021** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Summit Contracting Group, Inc.** |
| | List the contract number of any government contract | | **7595 Baymeadows Way** **Suite 100** **Jacksonville, FL 32256** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 7/20/2020** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Summit Contracting Group, Inc.** |
| | List the contract number of any government contract | | **7595 Baymeadows Way** **Suite 100** **Jacksonville, FL 32256** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 6/3/2021** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Summit Contracting Group, Inc.** |
| | List the contract number of any government contract | | **7595 Baymeadows Way** **Suite 100** **Jacksonville, FL 32256** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement** | **The Garrett Construction Company** **c/o Alex Smith** **1051 Greenwood Springs Blvd.** **Greenwood, IN 46143** |
|---|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with
                                                        whom the debtor has an executory contract or unexpired
                                                        lease

       State the term remaining

       List the contract number of any
          government contract          _____

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 7/9/2021** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Weiland**<br>**4162 English Oak Drive**<br>**Lansing, MI 48911** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 7/20/2020** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Weiland**<br>**4162 English Oak Drive**<br>**Lansing, MI 48911** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 11/27/2019** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Winter Park Construction**<br>**221 Circle Drive**<br>**Maitland, FL 32751** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 11/5/2020** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Wood Florida Builders, LLC**<br>**401 S Dixie Hwy**<br>**Suite 303**<br>**West Palm Beach, FL 33401** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **ACM Development, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:22-bk-00210-LVV**

■ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other | $527,188.40 |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $24,097,876.07 |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | $13,188,924.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Economic Injury Disaster Loan** | $499,900.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **A Plus Sock Installation Specialists Inc**<br>**321 Oleander Way**<br>**Casselberry, FL 32707** | 11/18/20231 | $8,240.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Kearns Brinen & Monaghan, Inc.**<br>**20 E. Division St.**<br>**2nd Floor**<br>**Dover, DE 19901** | 1/11/2022 | $6,927.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Adept Striping Company, Inc.**<br>**P.O. Box 565**<br>**Geneva, FL 32732** | 11/15/2021 | $16,479.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Allstate Paving**<br>**5284 Patch Road**<br>**Orlando, FL 32822** | 1/7/22 | $8,943.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Atlantic Pipe Services LLC**<br>**1420 Martin Luther King Jr Blvd.**<br>**Sanford, FL 32771** | 1/7/2022.<br>1/14/2022<br>and<br>1/28/2022 | $12,215.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **BCB AGG Crown Eagle Financial**<br>**8506 CR 727**<br>**Center Hill, FL 33514** | 11/18/2021 -<br>12/9/2021<br>and<br>1/25/2022 -<br>1/26/2022 | $262,193.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Central Florida Silt Fence, LLC**<br>**3454 Imperial Ave.**<br>**Saint Cloud, FL 34772** | 1/12/2022 | $8,950.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.8. | **Coolers Transport & Towing LLC** 347 Williams Point Blvd. Cocoa, FL 32927 | 1/12/2022 | $24,820.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.9. | **Crawler & Crane Equipment Co Inc** 49 Fred L. Maxwell Blvd. Orlando, FL 32805 | 10/28/2021 | $13,918.49 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.10. | **Dean Construction Group Inc** 35642 Cypress Court Leesburg, FL 34788 | 12/8/2021, 1/14/2022 | $14,580.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.11. | **Fort Line All Construction Corp** 8615 Commodity Circle Suite 06 Orlando, FL 32819 | 11/19/2021 | $19,491.28 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. | **Holland Pump** P.O. Box 628323 Orlando, FL 32862 | 12/17/2021 | $12,166.15 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.13. | **JR's Equipment Repair** 3165 Harvest Lane Kissimmee, FL 34744 | 11/19/2021, 12/23/2021, 1/7/2022 | $24,649.38 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.14. | **KC Curb, Inc.** 4975 Patch Rd. Orlando, FL 32822 | 10/27/2021, 11/18/2021 | $34,528.75 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.15. | **Mack Industries** 23902 CR 581 Astatula, FL 34705 | 11/8/2021 - 12/17/2021 | $95,326.13 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.16. | **Orlando Paving Company**<br>P.O. Box 547186<br>Orlando, FL 32854 | 11/19/2021 | $23,748.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. | **Phoenix Dewatering, Inc.**<br>P.O. Box 952742<br>Lake Mary, FL 32795 | 12/17/2021 | $16,790.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Eric Ray Mynhier**<br>938 Tilden Oaks Trail<br>Winter Garden, FL 34787<br>Owner/Manager | 1/10/2022 | $150,000.00 | **Distribution** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Dobbs Equipment, LLC vs. ACM Development, LLC<br>2021-CA-011168-O | Breach of Contract | Orange County Circuit Court<br>Clerk of Court<br>425 N. Orange Ave.<br>Orlando, FL 32801 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Libertas Funding, LLC v. ACM Development, LLC, et al | Breach of Contract | Supreme Court of the State of NY<br>County of Kings<br>360 Adams Street<br>Brooklyn, NY 11201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Ferguson Enterprises, LLC v. ACM Development, LLC<br>2021-CC-016525-O | Civil | Orange County Court<br>425 N. Orange Ave.<br>Orlando, FL 32801 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Washington, Calvin v. ACM Development, LLC<br>2021-CA-011283-O | Civil | Orange County Circuit Court<br>425 N. Orange Ave.<br>Orlando, FL 32801 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Sunbelt Rentals, Inc. v. ACM Development, LLC<br>2021-CA-000540-O | Civil | Orange County Circuit Court<br>425 N. Orange Ave.<br>Orlando, FL 32801 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | Ring Power Corporation vs. ACM Development, LLC and Erin Mynhier<br>16-2021-CA-00664 | Open Account/Personal Guaranty | Duval County - Circuit Court<br>501 W Adams St.<br>Jacksonville, FL 32202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | CRU<br>199 Lake Hart Drive<br>Orlando, FL 32832 | Donations | various | $125,467.00 |
| | Recipients relationship to debtor<br>n/a | | | |

**Part 5:**    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |
| **Loss from theft:**<br>**1 Air Compressor, Mega brick**<br>**1 Generator, Predator 4000**<br>**2 Jumpting Jack Blue**<br>**1 Air Hose**<br>**1 4 ft Lever**<br>**1 Concrete Saw, Still**<br>**4 Batteries**<br>**2 Battery Chargers**<br>**1 Pipe Bar, Black**<br>**1 Shovel Point**<br>**1 100 ft Tape Milwaukee Rod**<br>**1 Grinder, Kobalt Blue**<br>**1 Impact Ratchet/Wrench**<br>**1 5 lb Sledge Hammer, Orange**<br>**1 Box Black Tape**<br>**1 Torpedo Lever, Orange** | **$0** | **2/2022** | **$6,800.00** |
| **Loss from Theft:**<br>**2 Reserve Tamps**<br>**Generator**<br>**Mud Hog**<br>**2 Rolls of Blue Trace Wire** | **$0** | **7/2021** | **$19,000.00** |

<div style="border:1px solid"></div>

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Latham Luna Eden &**<br>**Beaudine LLP**<br>**201 S. Orange Avenue**<br>**Suite 1400**<br>**Orlando, FL 32801** | **Attorney Fees** | **11/12/2021** | **$25,000.00** |
| | Email or website address<br>**jluna@lathamluna.com** | | | |
| | Who made the payment, if not debtor?<br>**Ironshield Paving, LLC** | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Latham Luna Eden & Beaudine LLP** **201 S. Orange Avenue** **Suite 1400** **Orlando, FL 32801** | **Attorney Fees** | **1/18/2021** | **$60,000.00** |
| | **Email or website address** **jluna@lathamluna.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **505 S. Dillard Streetq** **Winter Garden, FL 34787** | **10/2018 - 6/2020** |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■   No.
   ☐   Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■   No. Go to Part 10.
   ☐   Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■   None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■   None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■   None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■   None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.     **Ashcraft Business Advisors, LLC**<br>**915 Liberty Lane**<br>**Auburndale, FL 33823** | **2018 - 2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.     **Ashcraft Business Advisors, LLC**<br>**915 Liberty Lane**<br>**Auburndale, FL 33823** | **2018 - 2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | **Libertas Funding, LLC**<br>**411 West Putnma Ave.**<br>**Suite 220**<br>**Greenwich, CT 06380** |
|---|---|
| 26d.2. | **Cogent Bank**<br>**113 Saxon Blvd.**<br>**Orange City, FL 32763** |

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric R. Mynhier | 938 Tilden Oaks Trail<br>Winter Garden, FL 34787 | Owner and Manager | 100% owner |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Eric R. Mynhier<br>938 Tilden Oaks Trail<br>Winter Garden, FL 34787 | $98,800.00 Salary | 1/1/2021<br>through<br>12/31/2021 | Salary |
| | Relationship to debtor<br>Owner and Manager | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 April C. Mynhier<br>938 Tilden Oaks Trail<br>Winter Garden, FL 34787 | $52,000 Salary | 1/1/2021<br>through<br>12/31/2021 | Salary |
| Relationship to debtor<br>Spouse of Owner and<br>Manager | | | |
| 30.3 Shawn Mynhier<br>1111 Sensor Place<br>Apt. 313<br>Kissimmee, FL 34744 | $72,800.00 Salary | 1/1/2021<br>through<br>12/31/2021 | Salary for employee |
| Relationship to debtor<br>Brother of Owner and<br>Manager | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                           Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the pension fund                                 Employer Identification number of the parent corporation

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       **March 23, 2022**

_____          **Eric R. Mynhier**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes