# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re:<br><br>ACM DEVELOPMENT, LLC,<br><br>Debtor, | Case No: 6:22-bk-00210-LVV<br><br>Chapter 11 |

**Notice of Filing of Stipulation and Agreement between ACM Development, LLC and Wood Florida Builders, LLC's Concerning Debtor's Emergency Motion for Protective Order**

Please take notice that ACM Development, LLC ("Debtor") and Wood Florida Builders, LLC ("Wood Partners" and, collectively with the Debtor, the "Parties") have reached an interim agreement regarding the Wood Partners' Notice of Rule 2004 Examination [Doc. No. 198] (the "2004 Notice") and the and the Debtor's Emergency Motion for Protective Order [Doc. No. 229] (the "Motion to Quash") and hereby request a stay of the Court's consideration of the Motion to Quash as provided for herein and the entry of an order in the form attached hereto as Exhibit 1.

## RECITALS

1.  On January 20, 2022 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Case").

2.  On July 19, 2022, Wood Florida Builders, LLC ("Wood Partners") filed its Notice of Rule 2004 Examination (Doc. No. 198) seeking to examine (the "Examination").

3.  On August 9, 2022, the Debtor filed (i) the Motion to Quash [Docket No. 229] in the Bankruptcy Court and (ii) a complaint against Wood Partners in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida.

4.  In accordance with the Bankruptcy Court's local rules, in the Motion to Quash, the Debtor requested an Emergency Hearing on or before August 19, 2022.

5.      After the Debtor filed the Motion to Quash, counsel to Wood Partners and counsel to the Debtor engaged in a supplemental meet and confer relative to the subject matter of the 2004 Notice and the requests contained therein.

## **STIPULATION**

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, CONSENT, AND AGREE as follows:

6.      The time deadlines associated with the 2004 Notice and the Motion to Quash shall be stayed until September 1, 2022 (the "Stipulation Deadline").

7.      Between now and the Stipulation Deadline, the Debtor shall exercise reasonable diligence to identify and produce documentation in respect of the information requested in the 2004 Notice so that the parties may engage in good faith discussions relative thereto.

8.      Provided the Parties jointly desire to extend the Stipulation Deadline, they may file further requests with the Court.

9.      Should the Parties fail to reach agreement relative to the resolution of the 2004 Notice and the Motion to Quash by the Stipulation Deadline, the Debtor may file a notice with the Court of such and, therein, request a hearing on the Motion to Quash on a date that is not less than ten (10) days after the Stipulation Deadline, with Wood Partners' deadline to respond to the Motion to Quash being no later than three (3) days before the scheduled hearing.

10.      The Parties, in each case, reserve all available rights, claims, and defenses with respect to the 2004 Notice and the Motion to Quash and all other available rights, claims, and defenses with respect to other contested matters or motions that may be raised during the course of the Debtor's chapter 11 case.

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order at the Court's earliest convenience.

Dated: August 15, 2022

/s/ Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
jluna@lathamluna.com
**Benjamin R. Taylor, Esq.**
Florida Bar No. 1024101
btaylor@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
bknotice@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
*Attorneys for ACM Development, LLC*

*/s/ Michael S. Provenzale*
**Michael S. Provenzale**
Florida Bar No. 0056834
**LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.**
215 North Eola Drive (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Tel: (407) 843-4600
michael.provenzale@lowndes-law.com
litcontrol@lowndes-law.com
anne.fisher@lowndes-law.com

*/s/ David A. Wender*
David A. Wender (Admitted *Pro Hac Vice*)
Georgia Bar No: 748117
**Eversheds Sutherland**
999 Peachtree Street, NE
Suite 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8175
Email: DavidWender@eversheds-sutherland.com

Attorneys for Wood Florida Builders, LLC

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 15, 2022, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt and by U.S. Mail to the twenty largest unsecured creditors as shown on the L1007-2 matrix attached and to Debtor: ACM Development, LLC, 562 Bowness Avenue, Ocoee FL 34761.

      */s/ Michael S. Provenzale*
      **Michael S. Provenzale**

47694117.1
0215142\199125\12233541v1

# Exhibit 1

Case 6:22-bk-00210-LVV    Doc 233    Filed 08/15/22    Page 5 of 8

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In re:<br><br>ACM DEVELOPMENT, LLC,<br><br>Debtor, | Case No: 6:22-bk-00210-LVV<br><br>Chapter 11 |

**Order Approving Stipulation and Agreement between ACM Development, LLC and Wood Florida Builders, LLC's Concerning Debtor's Emergency Motion for Protective Order**

The Court, having received the *Stipulation and Agreement between ACM Development, LLC and Wood Florida Builders, LLC's Concerning Debtor's Emergency Motion for Protective Order*, hereby Orders as follows:

1. The Stipulation is approved.

2. Subject to the terms of the Stipulation, the time deadlines associated with the 2004 Notice and the Motion to Quash shall be stayed until September 1, 2022 (the "Stipulation Deadline").

3. The Court shall retain jurisdiction to resolve any dispute arising from or relating to the interpretation or enforcement of this Order and the Stipulation.

4. Should the Parties fail to reach agreement relative to the resolution of the 2004 Notice and the Motion to Quash by the Stipulation Deadline, the Debtor may file a notice with the Court of such and, therein, request a hearing on the Motion to Quash on a date that is not less than ten (10) days after the Stipulation Deadline, with Wood Partners' deadline to respond to the Motion to Quash being no later than three (3) days before the scheduled hearing.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-00210-LVV<br>Middle District of Florida<br>Orlando<br>Mon Aug 15 10:32:41 EDT 2022 | ACM Creditors<br>Salene R.M. Kraemer, Esquire<br>314 Old Farm Rd.<br>Pittsburgh, PA 15228-2544 | Adept Striping Company, Inc. -<br>P.O. Box 565<br>Geneva, FL 32732-0565 |
| Bank of the West<br>1625 W Fountainhead Pkwy<br>AZ-FTN-10C-A<br>Tempe, AZ 85282-2371 | Bank of the West<br>c/o Jason A. Rosenthal<br>The Rosenthal Law Firm, P.A.<br>4767 New Broad Street<br>Orlando, FL 32814-6405 | Bradley J. Anderson<br>PO Box 3000<br>Orlando, FL 32802-3000 |
| C T Corporation System<br>as Representative<br>330 N Brand Blvd, Ste 700<br>Glendale, CA 91203-2336 | C T Corporation Sytem<br>330 N Brand Blvd.<br>Suite 700<br>Glendale, CA 91203-2336 | Calvin Washington<br>c/o Jason Tenenbaum, Esq.<br>1600 Ponce de Leon Blvd.<br>10th Floor<br>Miami, FL 33134-4031 |
| Caterpillar Financial Services Corporation<br>c/o Blake J. Delaney, Esq.<br>Buchanan Ingersoll & Rooney PC<br>401 E. Jackson St., Suite 2400<br>Tampa, FL 33602-5236 | Channel Partners Capital, LLC d/b/a Channel<br>c/o Alex Darcy/Darcy & Devassy, P.C.<br>444 N Michigan Avenue, Suite 3270<br>Chicago, IL 60611-3906 | Channel Partners Equipment<br>Finance, LLC<br>11100 Wayzata Blvd. #305<br>Hopkins, MN 55305-5537 |
| Cogent Bank -<br>113 Saxon Blvd.<br>Orange City, FL 32763 | Cogent Bank<br>c/o Bradley M. Saxton<br>PO Box 880<br>Winter Park, FL 32790-0880 | Cogent Bank<br>c/o Ryan E. Davis, Esq.<br>Winderweedle, Haines, Ward & Woodman, PA<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 |
| Commercial Equipment Finance International,<br>c/o Emanuael & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, Florida 33324-4045 | Core & Main Intermediate GP LLC<br>1830 Craig Park Court<br>Saint Louis, MO 63146-4122 | Core & Main, LP<br>1830 Craig Park Ct.<br>St. Louis, MO 63146-4122 |
| Core & Main, LP<br>c/o James A. Timko, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Ave., Suite 1600<br>Orlando, FL 32801-3382 | Discount Tire Company<br>20225 N.  Scottsdale Rd.<br>Scottsdale, AZ 85255-6456 | Dobbs Equipment, LLC<br>29592 Network Place<br>Chicago, IL 60673-1295 |
| Dobbs Equipment, LLC -<br>c/o Thompson Commercial Law Group<br>615 W. DeLeon Street<br>Tampa, FL 33606 | Eric Ray Mynhier<br>938 Tilden Oaks Trail,<br>Winter Garden, Florida 34787-3480 | Ferguson Waterworks<br>801 Thorpe Road<br>Orlando, FL 32824-8016 |
| HercRentals<br>27500 Riverview Center Blvd.<br>Suite 100<br>Bonita Springs, FL 34134-4328 | John Deere Construction & Forestry Company<br>6400 NW 86th Street<br>PO Box 6630<br>Johnson, IA 50131-6630 | (p)LIBERTAS FUNDING LLC<br>411 WEST PUTNAM ST<br>SUITE 220<br>GREENWICH CT 06830-6295 |
| Marlin Capital Solutions, LLC<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1201 | Miller Bros. Giant Tire Service<br>P.O. Box 12012<br>Brooksville, FL 34603-2012 | National Trench Safety Mikedon -<br>P.O. Box 750963<br>Houston, TX 77275-0963 |

| | | |
|---|---|---|
| Navitas Credit Corp.<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, Florida 33324-4045 | Ring Power<br>P.O. Box 935004<br>Atlanta, GA 31193-5004 | Russell and Sons, Inc.<br>d/b/a Orion Waste Solutions<br>12600 Automobile Blvd.<br>Clearwater, FL 33762-4717 |
| The Huntington National Bank<br>c/o Michael A. Tessitore, Esq.<br>Moran Kidd Lyons Johnson Garcia, P.A.<br>111 N. Orange Avenue, Suite 900<br>Orlando, FL 32801-2307 | The Huntington National Bank<br>11100 Wayzata Blvd.<br>Suite 801<br>Minnetonka, MN 55305-5503 | The Reinalt-Thomas Corporation<br>d/b/a Discount Tire<br>20225 N. Scottsdale Rd.<br>Dept. 50005<br>Scottsdale, AZ 85255-6456 |
| UNITED COMMUNITY BANK -<br>C/O MICHAEL S PROVENZALE ESQ<br>P.O. BOX 2809<br>ORLANDO FL 32802-2809 | UNITED COMMUNITY BANK<br>C/O MICHAEL S. PROVENZALE<br>P.O. BOX 2809<br>ORLANDO FL 32802-2809 | UnitedHealthcare of Florida, Inc.<br>and Neighborhood Health Partnership Inc.<br>c/o Alison P Baker<br>300 Atlantic Street, 3rd Floor<br>Stamford, CT 06901-3522 |
| Wells Fargo Bank, N.A.<br>c/o Arthur C. Neiwirth, Esq.<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>2400 East Commercial Blvd., Suite 520<br>Ft. Lauderdale, FL 33308-4050 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Libertas Funding, LLC -
411 West Putnma Ave.
Suite 220
Greenwich, CT 06380

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    39
Bypassed recipients     1
Total                  40