UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ACM DEVELOPMENT, LLC,

    Debtor.

Chapter 11

Case No. 6:22-bk-00210 LVV

_____/

## MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE CLAIM AND PLAN COMPLIANCE

Creditor, CORE & MAIN, LP ("Core & Main"), by and through its undersigned counsel, hereby files this Motion to Compel Payment of Administrative Claim and Plan Compliance, as follows:

On October 26, 2022, this Court entered its Order (Doc. No. 303) (the "Confirmation Order") confirming the Debtor's Plan of Reorganization (Doc Nos. 168, 268 and 275) (the "Plan"). Under the Plan, the Debtor was required to pay Core & Main's administrative expense claim in the amount of $70,611.10 within sixty-(60) days of confirmation.[1]

The Debtor defaulted under the Plan and on February 8, 2023, Core & Main filed it Notice of Default in this case (Doc. No. 327) (the "Notice of Default"). In the Notice of Default, Core & Main gave notice that the Debtor defaulted under the terms of the Plan. The Debtor has failed to timely pay Core & Main's allowed administrative expense claim and failed to make the required Class 14 Critical Vendor Payments under Class 14 of the Plan to Core & Main, which as of the date of the Notice of Default, totaled at least $23,587.95.

After the filing of the Notice of Default, on or about February 23, 2023, the Debtor

---

[1] Core & Main's administrative expense claim was fully and finally allowed pursuant this Court's Agreed Order Granting Core & Main's Amended Request for allowance and Payment of Administrative Claim (Doc. No. 298).

delivered a payment of $24,000.00 to Core & Main. While this payment resolved the critical vendor payments owed in the Notice of Default, it still left Core & Main's administrative expense claim unpaid. In addition, the critical vendor payments owed to Core & Main under the Plan still continues to accrue.

WHEREFORE, Core & Main requests the Court enter an Order compelling the immediate payment of Core & Main's administrative expense claims, the payment of any outstanding critical vendor payments due and owing under the Plan, and to grant any further relief the Court deems just.

Respectfully submitted on March 13, 2023.

/s/ *James A. Timko*
JAMES A. TIMKO, ESQ.
Florida Bar No.: 0088858
jtimko@shutts.com
SHUTTS & BOWEN LLP
300 S. Orange Avenue, Suite 1600
Orlando, Florida 32801
Phone: (407) 835-6808
Facsimile: (407) 425-8316
*Attorneys for CORE & MAIN, LP*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 13, 2023, a true and correct copy of the foregoing Notice of Default was served via CM/ECF on all parties receiving electronic notice and by U.S. mail on:

**ACM Development, LLC**
562 Bowness Avenue
Ocoee, FL 34761
*Debtor*

**Justin M Luna**
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801
*Debtor's Counsel*

**United States Trustee - ORL**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
*U.S. Trustee*

**Jill E Kelso**
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801
*Counsel for U.S. Trustee*

/s/ James A. Timko
James A. Timko, Esq.

ORLDOCS 20395033 1

3